**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JACOB C. BRIER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:25-cv-00398-HAB-ALT |
| | ) | |
| ARAMARK CORRECTIONAL SERVICES LLC, | ) | |
| MS. MOODY, | ) | |
| JASON ENGLISH. | ) | |
| | ) | |
| Defendants. | ) | |

**Motion for Summary Judgment of Defendants**

Come now the Defendants Aramark Correctional Services LLC, Ms. Moody, and Jason English, by counsel, and pursuant to Federal Rule of Civil Procedure 56, moves the Court for summary judgment as to all claims raised by the Plaintiff. In support of this motion the Defendants have submitted contemporaneously herewith a memorandum in support of this motion and a designation of evidence with tender of evidence.

WHEREFORE, Defendants respectfully request this Court to grant their motion for summary judgment as to all claims raised in Plaintiff's complaint and for all other necessary and proper relief.

Respectfully submitted,

*/s/Georgianna Q. Tutwiler*

Georgianna Q. Tutwiler, Atty. No.: 32181-49
Hume Smith Geddes Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204

PH: 317/632-4402 FAX: 317/632-5595
gquinn@humesmith.com
*Attorney for Aramark, Moody, Jason English*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, the foregoing document was filed and served via CM/ECF.

I also certify that on February 11, 2026, the foregoing document was served upon the following person by using U.S. Mail, first class.

Jacob Brier
228552
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362

*/s/Georgianna Q. Tutwiler*
Georgianna Q. Tutwiler